# United States Bankruptcy Court
## District of Nevada

In re   DANA LOUISE NISLEY                                          Case No.   20-16098

                                          Debtor(s)                Chapter   7

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**SCHEDULES A/B, C, E/F & STATEMENT OF FINANCIAL AFFAIRS**

# NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date:   **January  7, 2021**                    /s/ David Mincin
                                          **David Mincin 5427**
                                          Attorney for Debtor(s)
                                          **MINCIN LAW, PLLC**
                                          **7465 W. Lake Mead Boulevard, #100**
                                          **Las Vegas, NV 89128**
                                          **702-852-1957 Fax:N/A**
                                          **dmincin@mincinlaw.com**

| Fill in this information to identify your case and this filing: | |
|---|---|

| Debtor 1 | DANA LOUISE NISLEY | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number: 20-16098

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
■ Yes. Where is the property?

1.1

**10843 IRVING PARK AVENUE**
Street address, if available, or other description

**Las Vegas          NV     89166-0000**
City                State    ZIP Code

**Clark**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**KEEPING / FOREBEARANCE BECAUSE OF COVID**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500,000.00 | $500,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**FEE SIMPLE**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................=>

| $500,000.00 |
|---|

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)   20-16098

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **FORD** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **FUSION** | ■ Debtor 1 only | |
| | Year: **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: **9,000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | BUYING VEHICLE THROUGH FRIEND / PAYMENTS CURRENT / KEEPING | ☐ Check if this is community property (see instructions) | $16,143.00 / $16,143.00 |

| | | | |
|---|---|---|---|
| 3.2 | Make: **LAND ROVER** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **RANGE ROVER** | ■ Debtor 1 only | |
| | Year: **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: **9000** | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | CO-SIGNED FOR SON'S RANGE ROVER / DANIEL NISLEY HAS CO-TITLE | ☐ Check if this is community property (see instructions) | $94,175.00 / $94,175.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................................=>    **$110,318.00**

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?                              Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| HOUSEHOLD GOODS & FURNISHINGS | $6,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| ELECTRONICS | $2,000.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

Official Form 106A/B                              Schedule A/B: Property                              page 2

Debtor 1    DANA LOUISE NISLEY                                    Case number *(if known)*  20-16098

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes. Describe.....

| | |
|---|---|
| WEARING APPAREL | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes. Describe.....

| | |
|---|---|
| JEWELRY | $5,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................

| |
|---|
| $15,000.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes.....................................................................................................

|  |  |
|---|---|
| CASH | $5,500.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.......................

| | Institution name: | |
|---|---|---|
| 17.1.  BUSINESS CHECKING | NEVADA STATE BANK (DLN PROPERTIES LTD) #7820 | $1,568.32 |

Debtor 1   DANA LOUISE NISLEY                                                          Case number *(if known)*   20-16098

| | | | |
|---|---|---|---|
| 17.2. | CHECKING | BANK OF AMERICA #9255 | $2,227.30 |
| 17.3. | SAVINGS | SILVER STATE SCHOOLS CREDIT UNION #8217 | $108.23 |
| 17.4. | CHECKING | SILVER STATE SCHOOLS CREDIT UNION #8217 | $113.50 |
| 17.5. | UNEMPLOYMENT BENEFITS | BANK OF AMERICA | $854.80 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................     Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| SIGHTSEEING TOURS UNLIMITED OF NEVADA, LLC | 15% | % | $1,764.70 |
| GL VEGAS, INC. | 49% | % | $0.00 |
| MARQUE MOTOR COACH, LLC | 25% | % | $0.00 |
| 2DN, LLC | 49% | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401k | GUIDELINE / SIGHTSEEING UNLIMITED OF NEVADA | $218,766.24 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ...................     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No

Official Form 106A/B                          Schedule A/B: Property                                    page 4

Debtor 1    DANA LOUISE NISLEY                                    Case number *(if known)*    20-16098

☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes. Give specific information about them...

| TOMASTON TRUST - THE TRUST OWNS 2DN AND GL AND BANK ACCOUNT AND HAS NO SEPARATE VALUE. | $0.00 |
|---|---|

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

Current value of the portion you own? Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
Company name:                          Beneficiary:                          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes. Describe each claim.........

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor 1 | DANA LOUISE NISLEY | | Case number *(if known)* | 20-16098 |

**34.** Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims
- ■ No
- ☐ Yes.  Describe each claim.........

**35.** Any financial assets you did not already list
- ■ No
- ☐ Yes.  Give specific information..

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................... | $230,903.09 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.** Do you own or have any legal or equitable interest in any business-related property?
- ■ No. Go to Part 6.
- ☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
- ■ No. Go to Part 7.
- ☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53.** Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership
- ■ No
- ☐ Yes. Give specific information.........

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...................................... | $0.00 |

**Part 8:**  List the Totals of Each Part of this Form

| | | |
|---|---|---|
| **55.** Part 1: Total real estate, line 2 .......................................................................................... | | $500,000.00 |
| **56.** Part 2: Total vehicles, line 5 | $110,318.00 | |
| **57.** Part 3: Total personal and household items, line 15 | $15,000.00 | |
| **58.** Part 4: Total financial assets, line 36 | $230,903.09 | |
| **59.** Part 5: Total business-related property, line 45 | $0.00 | |
| **60.** Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| **61.** Part 7: Total other property not listed, line 54                      + | $0.00 | |
| **62.** Total personal property. Add lines 56 through 61... | $356,221.09 | Copy personal property total    $356,221.09 |
| **63.** Total of all property on Schedule A/B. Add line 55 + line 62 | | $856,221.09 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **DANA LOUISE NISLEY** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number | 20-16098 |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 10843 IRVING PARK AVENUE Las Vegas, NV 89166  Clark County KEEPING / FOREBEARANCE BECAUSE OF COVID<br>Line from *Schedule A/B*: 1.1 | $500,000.00 | ■ $98,605.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050 |
| 2019 FORD FUSION 9,000 miles BUYING VEHICLE THROUGH FRIEND / PAYMENTS CURRENT / KEEPING<br>Line from *Schedule A/B*: 3.1 | $16,143.00 | ■ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(f) |
| 2019 FORD FUSION 9,000 miles BUYING VEHICLE THROUGH FRIEND / PAYMENTS CURRENT / KEEPING<br>Line from *Schedule A/B*: 3.1 | $16,143.00 | ■ $1,143.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| HOUSEHOLD GOODS & FURNISHINGS<br>Line from *Schedule A/B*: 6.1 | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| ELECTRONICS<br>Line from *Schedule A/B*: 7.1 | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **DANA LOUISE NISLEY**                                          Case number (if known)    **20-16098**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **WEARING APPAREL**<br>Line from *Schedule A/B*: **11.1** | $2,000.00 | ☒ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(b) |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $5,000.00 | ☒ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(a) |
| **CASH**<br>Line from *Schedule A/B*: **16.1** | $5,500.00 | ☒ $5,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **BUSINESS CHECKING: NEVADA STATE BANK (DLN PROPERTIES LTD) #7820**<br>Line from *Schedule A/B*: **17.1** | $1,568.32 | ☒ $1,568.32<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **CHECKING: BANK OF AMERICA #9255**<br>Line from *Schedule A/B*: **17.2** | $2,227.30 | ☒ $2,227.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 42 U.S.C. § 407 |
| **SAVINGS: SILVER STATE SCHOOLS CREDIT UNION #8217**<br>Line from *Schedule A/B*: **17.3** | $108.23 | ☒ $108.23<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **CHECKING: SILVER STATE SCHOOLS CREDIT UNION #8217**<br>Line from *Schedule A/B*: **17.4** | $113.50 | ☒ $113.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **UNEMPLOYMENT BENEFITS: BANK OF AMERICA**<br>Line from *Schedule A/B*: **17.5** | $854.80 | ☒ $854.80<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(g) |
| **SIGHTSEEING TOURS UNLIMITED OF NEVADA, LLC**<br>**15%**<br>Line from *Schedule A/B*: **19.1** | $1,764.70 | ☒ $1,764.70<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(z) |
| **401k: GUIDELINE / SIGHTSEEING UNLIMITED OF NEVADA**<br>Line from *Schedule A/B*: **21.1** | $218,766.24 | ☒ $218,766.24<br>☐ 100% of fair market value, up to any applicable statutory limit | Nev. Rev. Stat. § 21.090(1)(r) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| Debtor 1 | DANA LOUISE NISLEY | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | 20-16098 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|---|
| 2.1 | **CHASE AUTO FINANCE / JPMCB** | | $120,000.00 | $94,175.00 | $25,825.00 |

Creditor's Name

Describe the property that secures the claim:

**2019 LAND ROVER RANGE ROVER 9000 miles CO-SIGNED FOR SON'S RANGE ROVER / DANIEL NISLEY HAS CO-TITLE**

ATTN: BK
P.O. BOX #901076
Fort Worth, TX 76101

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset) __AUTO LOAN__

| Date debt was incurred | **Opened 02/19 Last Active 10/19/20** | Last 4 digits of account number | 4909 |
|---|---|---|---|

Debtor 1  DANA LOUISE NISLEY

First Name        Middle Name        Last Name

Case number (if known)  20-16098

| 2.2 | OCWENLOANS / PHH MORTGAGE SERVICE | Describe the property that secures the claim: | $395,000.00 | $395,000.00 | $0.00 |

Creditor's Name

1661 WORTHINGTON ROAD, #100
West Palm Beach, FL 33409

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

8400 ABITA CIRCLE / PROPERTY OWNED BY
DLN PROPERTIES, LLC

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    MORTGAGE

Date debt was incurred  Opened 01/06  Last Active 10/30/20    Last 4 digits of account number  4138

| 2.3 | SERVICE FINANCIAL COMPANY | Describe the property that secures the claim: | $8,118.00 | $0.00 | $8,118.00 |

Creditor's Name

ATTN:  BK
555 S. FEDERAL HIGHWAY
Boca Raton, FL 33432

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

AIR CONDITIONING UNIT FOR 8400 ABITA CIRCLE PROPERTY OWNED BY
DLN PROPERTIES, LLC

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    MORTGAGE

Date debt was incurred  Opened 08/18  Last Active 10/24/20    Last 4 digits of account number  6112

| Debtor 1 | DANA | LOUISE | NISLEY | Case number (if known) | 20-16098 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.4 | TIAA BANK | Describe the property that secures the claim: | $401,395.00 | $500,000.00 | $0.00 |
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

> 10843 IRVING PARK AVENUE Las Vegas, NV 89166  Clark County KEEPING / FOREBEARANCE BECAUSE OF COVID

**ATTN:  BANKRUPTCY
301 West Bay Street
Jacksonville, FL 32202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)     MORTGAGE

| Date debt was incurred | **Opened 04/17  Last Active 11/20** | Last 4 digits of account number | 5147 |
|---|---|---|---|

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $924,513.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $924,513.00 |

**Part 2:**  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

Debtor 1        DANA LOUISE NISLEY
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number    20-16098
(if known)

☐ Check if this is an
    amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:        List All of Your PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims against you?

    ■ No. Go to Part 2.
    ☐ Yes.

**Part 2:        List All of Your NONPRIORITY Unsecured Claims**

3.  Do any creditors have nonpriority unsecured claims against you?

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|       |       |       | Total claim |
|-------|-------|-------|-------------|
| 4.1   | **ABC COMPANIES** | Last 4 digits of account number | |
|       | Nonpriority Creditor's Name | | **Unknown** |
|       | **1506 NW 30TH STREET** | When was the debt incurred? | |
|       | **Faribault, MN 55021** | | |

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                ☐ Contingent
☐ Debtor 2 only                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ■ Disputed
■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

Debtor 1  **DANA LOUISE NISLEY**                                    Case number *(if known)*    **20-16098**

---

| 4.2 | **ADVANTAGE FUNDING** | Last 4 digits of account number    **3572** | **$464,910.00** |

Nonpriority Creditor's Name
**3 DAKOTA DRIVE, #200**
**New Hyde Park, NY 11042**
Number Street City State Zip Code

**When was the debt incurred?**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No

☐ Yes

☑ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH/ 2017 PREVOST ADV PUR**

---

| 4.3 | **AMERICAN EXPRESS** | Last 4 digits of account number    **6213** | **$460,682.00** |

Nonpriority Creditor's Name
**CORRESPONDENCE / BK**
**P.O. BOX #981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 08/08  Last Active 9/01/20**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No

☐ Yes

☑ Other. Specify    **CREDIT CARD**

---

| 4.4 | **AMERICAN EXPRESS** | Last 4 digits of account number    **1763** | **$62,105.00** |

Nonpriority Creditor's Name
**CORRESPONDENCE / BK**
**P.O. BOX #981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?**    **Opened 12/14  Last Active 9/01/20**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No

☐ Yes

☑ Other. Specify    **CREDIT CARD**

---

Debtor 1    **DANA LOUISE NISLEY**                                    Case number (if known)    20-16098

| 4.5 | **AMERICAN EXPRESS** | Last 4 digits of account number    8333 | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**CORRESPONDENCE**
**P.O. BOX #981540**
**El Paso, TX 79998**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    Opened 01/19  Last Active 09/20

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

| 4.6 | **ASCENTIUM CAPITAL** | Last 4 digits of account number | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
**23970 HIGHWAY 59 N**
**Kingwood, TX 77339**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH**

| 4.7 | **BALBOA CAPITAL CORPORATION** | Last 4 digits of account number    7000 | $45,085.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**2010 MAIN STREET, #1100**
**Irvine, CA 92614**

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **INSTALLMENT LOAN**
**BUSINESS DEBT/MARQUE MOTOR COACH**

Debtor 1 **DANA LOUISE NISLEY**

Case number (if known) **20-16098**

---

| 4.8 | **BANK OF AMERICA** | Last 4 digits of account number | **7583** | | $255.00 |

Nonpriority Creditor's Name
**4909 SAVARESE CIRCLE**
**FI1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred? **Opened 06/18 Last Active 11/20**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.9 | **BANK OF AMERICA** | Last 4 digits of account number | **8385** | | $0.00 |

Nonpriority Creditor's Name
**4909 SAVARESE CIRCLE**
**FL1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred? **Opened 05/07 Last Active 11/01/12**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

| 4.10 | **BANK OF AMERICA** | Last 4 digits of account number | **8581** | | $0.00 |

Nonpriority Creditor's Name
**4909 SAVARESE CIRCLE**
**FI1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred? **Opened 05/07 Last Active 4/29/14**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **CREDIT CARD**

---

Debtor 1    DANA LOUISE NISLEY                                   Case number (if known)    20-16098

| 4.1 1 | | | |
|---|---|---|---|

**BANK OF AMERICA**                        Last 4 digits of account number    **7894**                              $0.00
Nonpriority Creditor's Name

**4909 SAVARESE CIRCLE**                   When was the debt incurred?    **Opened 10/08  Last Active**
**Tampa, FL 33634**                                                        **12/04/12**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community  ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                      ■ Other. Specify    CREDIT CARD

---

| 4.1 2 | | | |
|---|---|---|---|

**BARCLAYS BANK DELAWARE**                 Last 4 digits of account number    **2183**                              $3,818.00
Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #8801**                         When was the debt incurred?    **Opened 01/15  Last Active**
**Wilmington, DE 19899**                                                   **10/20**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community  ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                      ■ Other. Specify    CREDIT CARD

---

| 4.1 3 | | | |
|---|---|---|---|

**BARCLAYS BANK DELAWARE**                 Last 4 digits of account number    **6777**                              $3,802.00
Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #8801**                         When was the debt incurred?    **Opened 07/19  Last Active**
**Wilmington, DE 19899**                                                   **11/20**
Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
☐ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community  ☐ Student loans
debt                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                      ■ Other. Specify    CREDIT CARD

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.1 4 | | |
|---|---|---|

**BELL TRANS**
Nonpriority Creditor's Name
**1900 INDUSTRIAL ROAD**
**Las Vegas, NV 89102**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

| 4.1 5 | | |
|---|---|---|

**CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    1804                    $0.00

**When was the debt incurred?**    Opened 10/98  Last Active 12/09

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT LINE

| 4.1 6 | | |
|---|---|---|

**CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    6909                    $0.00

**When was the debt incurred?**    Opened 10/00  Last Active 7/05/16

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT CARD

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.17 | **CAPITAL ONE / NEIMAN MARCUS / BERGDORF** | | |
|---|---|---|---|

Nonpriority Creditor's Name

ATTN:  BK
P.O. BOX #30285
Salt Lake City, UT 84130

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **2159**                              $0.00

When was the debt incurred?    **Opened 02/12  Last Active 10/03/17**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **CHARGE ACCOUNT**

---

| 4.18 | **CAPITAL ONE AUTO FINANCE** | | |
|---|---|---|---|

Nonpriority Creditor's Name

ATTN:  BK
P.O. BOX #30285
Salt Lake City, UT 84130

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **1001**                              $0.00

When was the debt incurred?    **Opened 09/06  Last Active 6/10/11**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **AUTO LOAN**

---

| 4.19 | **CAPITAL ONE BANK** | | |
|---|---|---|---|

Nonpriority Creditor's Name

ATTN:  BK
P.O. BOX #30285
Salt Lake City, UT 84130

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a  community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

Last 4 digits of account number    **0969**                              $0.00

When was the debt incurred?    **Opened 01/04  Last Active 2/21/13**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **CREDIT CARD**

---

Debtor 1    DANA LOUISE NISLEY                                        Case number (if known)    20-16098

---

**4.20**

| CARMAX AUTO FINANCE | Last 4 digits of account number | 1614 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #440609
Kennesaw, GA 30160

Number Street City State Zip Code

When was the debt incurred?    Opened 03/12  Last Active 9/04/12

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    AUTO LOAN

---

**4.21**

| CBNA | Last 4 digits of account number | 6906 | $0.00 |

Nonpriority Creditor's Name
ATTN: CENTRALIZED BK
P.O. BOX #790034
St. Louis, MO 63179

Number Street City State Zip Code

When was the debt incurred?    Opened 06/17  Last Active 1/26/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CREDIT CARD

---

**4.22**

| CHASE BANK / PIER ONE | Last 4 digits of account number | 1366 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #182125
Columbus, OH 43218

Number Street City State Zip Code

When was the debt incurred?    Opened 8/09/10  Last Active 3/13/12

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CHARGE ACCOUNT

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.2 3 | **CHASE CARD SERVICES** | Last 4 digits of account number | 0262 | $0.00 |

Nonpriority Creditor's Name
**ATTN: BK**
**P.O. BOX #15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    Opened 04/06  Last Active 4/08/14

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 4 | **CHASE CARD SERVICES / JPMCB** | Last 4 digits of account number | 3486 | $0.00 |

Nonpriority Creditor's Name
**ATTN: BK**
**P.O. BOX #15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    Opened 03/01  Last Active 2/23/15

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

Is the claim subject to offset?

■ No
☐ Yes

---

| 4.2 5 | **CHASE CARD SERVICES / JPMCB CARD** | Last 4 digits of account number | 8191 | $20,618.00 |

Nonpriority Creditor's Name
**ATTN: BK**
**P.O. BOX #15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    Opened 01/14  Last Active 10/23/20

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **CREDIT CARD**

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor 1    DANA LOUISE NISLEY                                              Case number (if known)    20-16098

---

| 4.2 6 | CHASE CARD SERVICES / JPMCB CARD | Last 4 digits of account number | 0699 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #15298
Wilmington, DE 19850

Number Street City State Zip Code

**When was the debt incurred?**    Opened 01/00  Last Active 7/25/11

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
□ Yes

■ Other. Specify    CREDIT CARD

---

| 4.2 7 | CITIBANK / EXXON MOBILE | Last 4 digits of account number | 2267 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #790034
St Louis, MO 63179

Number Street City State Zip Code

**When was the debt incurred?**    Opened 08/06  Last Active 12/06

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
□ Yes

■ Other. Specify    CREDIT LINE

---

| 4.2 8 | CITIBANK / HOME DEPOT | Last 4 digits of account number | 2214 | $0.00 |

Nonpriority Creditor's Name
CITICORP CREDIT
SNVS / CENTRALIZED BK
DEPARTMENT
P.O. BOX #790034
Saint Louis, MO 63179

Number Street City State Zip Code

**When was the debt incurred?**    Opened 07/06  Last Active 1/15/20

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ Check if this claim is for a community debt

□ Contingent
□ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
□ Yes

■ Other. Specify    CHARGE ACCOUNT

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    DANA LOUISE NISLEY                                          Case number (if known)    20-16098

| 4.2 9 | CITIBANK / SHELL OIL | Last 4 digits of account number | 3665 | $0.00 |

**CITIBANK / SHELL OIL**
Nonpriority Creditor's Name
CITICORP CREDIT
SNVS / CENTRALIZED BK
P.O. BOX #790034
Saint Louis, MO 63179
Number Street City State Zip Code

**Last 4 digits of account number**    3665

**When was the debt incurred?**    Opened 12/01  Last Active 02/10

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CREDIT CARD

---

| 4.3 0 | CLARK COUNTY DEPT OF AVIATION FINANCE | Last 4 digits of account number | | Unknown |

**CLARK COUNTY DEPT OF AVIATION FINANCE**
Nonpriority Creditor's Name
P.O. BOX #11005
Las Vegas, NV 89111
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.3 1 | COMENITY BANK / AVENUE | Last 4 digits of account number | 4691 | $0.00 |

**COMENITY BANK / AVENUE**
Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #182125
Columbus, OH 43218
Number Street City State Zip Code

**Last 4 digits of account number**    4691

**When was the debt incurred?**    Opened 04/04  Last Active 6/11/19

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CHARGE ACCOUNT

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)   20-16098

---

| 4.3 2 | COMENITY BANK / KINGSIZE | Last 4 digits of account number | 9740 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #182125
Columbus, OH 43218

Number Street City State Zip Code

When was the debt incurred?   Opened  9/29/09  Last Active  12/05/17

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   CHARGE ACCOUNT

---

| 4.3 3 | COMENITY BANK / LANE BRYANT | Last 4 digits of account number | 0563 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #182125
Columbus, OH 43218

Number Street City State Zip Code

When was the debt incurred?   Opened 03/06  Last Active  9/04/19

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   CHARGE ACCOUNT

---

| 4.3 4 | COMENITY BANK / ONESTOP | Last 4 digits of account number | 2934 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #182125
Columbus, OH 43218

Number Street City State Zip Code

When was the debt incurred?   Opened  4/23/10  Last Active  3/13/12

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   CHARGE ACCOUNT

---

Debtor 1    DANA LOUISE NISLEY                                          Case number (if known)    20-16098

| 4.3 5 | **COMENITY BANK / PIER ONE** | Last 4 digits of account number | 5220 | $0.00 |

Nonpriority Creditor's Name
ATTN:  BANKRUPTCY DEPT.
P.O. BOX #182125
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?    Opened 08/10  Last Active 5/03/19

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CHARGE ACCOUNT

---

| 4.3 6 | **COMENITY BANK / ROAMAN'S** | Last 4 digits of account number | 9500 | $0.00 |

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #182125
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?    Opened 09/09  Last Active 12/05/17

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CHARGE ACCOUNT

---

| 4.3 7 | **COMENITY BANK / VICTORIA SECRET** | Last 4 digits of account number | 0787 | $0.00 |

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #182125
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?    Opened 01/06  Last Active 06/10

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    CHARGE ACCOUNT

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)   20-16098

| 4.3 8 | COMENITY CAPITAL / ULTA | Last 4 digits of account number  3758 | $10,712.00 |

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX # 183003
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?    Opened 12/17  Last Active 7/28/20

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT CARD

---

| 4.3 9 | COMENITY CAPITAL / ULTA | Last 4 digits of account number  9704 | $2,411.00 |

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #183003
Columbus, OH 43218
Number Street City State Zip Code

When was the debt incurred?    Opened 12/17  Last Active 10/02/18

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT CARD

---

| 4.4 0 | CONOCO  PHILLIPS / CITIBANK | Last 4 digits of account number  2127 | $0.00 |

Nonpriority Creditor's Name
CITICORP CREDIT SERVICES
CENTRALIZED BK
P.O. BOX #790040
St. Louis, MO 64195
Number Street City State Zip Code

When was the debt incurred?    Opened 05/04  Last Active 06/07

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT LINE

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)  20-16098

| | | | |
|---|---|---|---|
| 4.4 1 | CORNERSTONE HOME LENDING | Last 4 digits of account number  7009 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #77404
Ewing, NJ 08628

When was the debt incurred?     Opened  4/24/17  Last Active 1/02/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    MORTGAGE

---

| | | | |
|---|---|---|---|
| 4.4 2 | DAY NANCE | Last 4 digits of account number | $22,649.40 |

Nonpriority Creditor's Name
1060 WIGWAM PARKWAY
Henderson, NV 89074

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    LEGAL FEES
BUSINESS DEBT/MARQUE MOTOR COACH

---

| | | | |
|---|---|---|---|
| 4.4 3 | DEPT. STORE NAT'L BANK / MACYS | Last 4 digits of account number  3611 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
9111 DUKE BOULEVARD
Mason, OH 45040

When was the debt incurred?     Opened 11/02  Last Active 8/30/19

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify    CHARGE ACCOUNT

---

Debtor 1    DANA LOUISE NISLEY                                        Case number (if known)    20-16098

---

| 4.4 4 | DIAMLER TRUCK FINANCIAL | Last 4 digits of account number | $102,083.00 |
|---|---|---|---|

Nonpriority Creditor's Name
P.O. BOX #901
Roanoke, TX 76262
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **VIPI - 2016 MERCEDES SPRINTER 3500 CARGO 170E BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.4 5 | DILLARDS CARD SERVICES / WFB | Last 4 digits of account number | 7850 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #10347
Des Moines, IA 50306
Number Street City State Zip Code

**When was the debt incurred?**    Opened 05/10  Last Active 12/05/17

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    CHARGE ACCOUNT

---

| 4.4 6 | DISCOVER FINANCIAL | Last 4 digits of account number | 5477 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #3025
New Albany, OH 43054
Number Street City State Zip Code

**When was the debt incurred?**    Opened 09/07  Last Active 7/27/20

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    CREDIT CARD

---

Debtor 1   DANA LOUISE NISLEY                                         Case number (if known)   20-16098

| 4.4 7 | ECF FUNDING LLC | | | Last 4 digits of account number | 6906 | | $328,288.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**ONE PIERCE PLACE, #1100 WEST**
**Itasca, IL 60143**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **8140-2513/2012 VAN HOOL TD925 MOTOR COACH**
**BUSINESS DEBT/MARQUE MOTOR COACH**

| 4.4 8 | EDSON FINANCIAL | | | Last 4 digits of account number | 2017 | | $498,738.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name
**2700 S. PRICE ROAD**
**MAC 53928-034**
**Chandler, AZ 85286**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Contingent

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **5832-3922/2018 PREVOST MODEL H3-45 MOTOR COACH**
**BUSINESS DEBT/MARQUE MOTOR COACH**

Debtor 1   DANA LOUISE NISLEY                                          Case number (if known)   20-16098

---

| 4.4 9 | | | |
|---|---|---|---|

**EDSON FINANCIAL**
Nonpriority Creditor's Name
**2700 S. PRICE ROAD**
**MAC 53928-034**
**Chandler, AZ 85286**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                     $54,229.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
                    **1303-6225/2016 GRECH SPORINTER**
                    **SHUTTLE**
☑ Other. Specify   **BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.5 0 | | | |
|---|---|---|---|

**EMERG**
Nonpriority Creditor's Name
**P.O. BOX #105555**
**Atlanta, GA 30348**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2270              $0.00

When was the debt incurred?   Opened 02/01  Last Active 03/09

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CREDIT LINE**

---

| 4.5 1 | | | |
|---|---|---|---|

**ENGS COMMERCIAL FINANCE CO**
Nonpriority Creditor's Name
**ONE PIERCE PLACE, #1100 WEST**
**Itasca, IL 60143**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0653          $379,199.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
                    **5623-7312/2016 VOLVO 9700**
                    **MOTORCOACH VEHICLE/RETURNED**
☑ Other. Specify   **BUSINESS DEBT/MARQUE MOTOR COACH**

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

| 4.5 2 | **ENGS COMMERCIAL FINANCE CO** | Last 4 digits of account number _____ | $379,199.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ONE PIERCE PLACE, #1100 WEST Itasca, IL 60143**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    5624-7313/2016 VOLVO 9700 MOTORCOACH/RETURNED BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.5 3 | **ENGS COMMERCIAL FINANCE CO** | Last 4 digits of account number 6906 | $438,498.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**ONE PIERCE PLACE, #1100 WEST Itasca, IL 60143**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    Opened 04/18  Last Active 4/18/19

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.5 4 | **EVERBANK COMMERCIAL FINANCE** | Last 4 digits of account number 9893 | $288,364.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. BOX #911608 Denver, CO 80291-1608**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a  community debt

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    5614-5957/2016 VOLVO 9700 HIGHWAY COACH BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1 __DANA LOUISE NISLEY__                           Case number (if known) __20-16098__

| 4.5 5 | EVERBANK COMMERCIAL FINANCE | | |
|---|---|---|---|

EVERBANK COMMERCIAL FINANCE
Nonpriority Creditor's Name
P.O. BOX #911608
Denver, CO 80291-1608
Number Street City State Zip Code

Last 4 digits of account number  __4847__                $557,554.00

When was the debt incurred? _____

Who incurred the debt? Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  5830-3919/2018 PRERVOST H3-45 BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.5 6 | FLEET FINANCING RESOURCES | | |
|---|---|---|---|

FLEET FINANCING RESOURCES
Nonpriority Creditor's Name
10370 HEMET STREET, #350
Riverside, CA 92503
Number Street City State Zip Code

Last 4 digits of account number _____              Unknown

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.5 7 | GL VEGAS INC | | |
|---|---|---|---|

GL VEGAS INC
Nonpriority Creditor's Name
7370 DEAN MARTIN DRIVE, #409
Las Vegas, NV 89139
Number Street City State Zip Code

Last 4 digits of account number _____              Unknown

When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  BUSINESS DEBT/MARQUE MOTOR COACH

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.5 8 | GRECH MOTORS | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**6315 ARLINGTON AVENUE**
**Riverside, CA 92504**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.5 9 | GS BANK / APPLE CARD | Last 4 digits of account number | 8539 | $59.00 |

Nonpriority Creditor's Name

**ATTN:  BK**
**LOCK BOX #6112**
**P.O. BOX #7247**
**Philadelphia, PA 19170**
Number Street City State Zip Code

When was the debt incurred?    **Opened  9/03/19  Last Active 10/21/20**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CREDIT CARD

---

| 4.6 0 | HYUNDAI MOTOR FINANCE | Last 4 digits of account number | 1862 | $0.00 |

Nonpriority Creditor's Name

**ATTN:  BANKRUPTCY**
**P.O. BOX #20829**
**Fountain Valley, CA 92728**
Number Street City State Zip Code

When was the debt incurred?    **Opened 09/12  Last Active 03/16**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

☐ Check if this claim is for a  community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    AUTO LOAN

---

Debtor 1  **DANA LOUISE NISLEY**                                                    Case number (if known)   20-16098

---

| 4.6 1 | | | |
|---|---|---|---|

**JEFFREY ALAN WHITEAKER**
Nonpriority Creditor's Name
**1085 FAN CORAL AVENUE**
**Las Vegas, NV 89123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.6 2 | | | |
|---|---|---|---|

**KOHLS / CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN:  CREDIT ADMINISTRATOR**
**P.O. BOX #3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **8858**                              **$0.00**

When was the debt incurred?     **Opened 06/12  Last Active 12/31/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CHARGE ACCOUNT**

---

| 4.6 3 | | | |
|---|---|---|---|

**KOHLS / CAPITAL ONE**
Nonpriority Creditor's Name
**ATTN:  CREDIT ADMINISTRATOR**
**P.O. BOX #3043**
**Milwaukee, WI 53201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **8612**                              **$0.00**

When was the debt incurred?     **Opened 12/18  Last Active 2/21/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **CHARGE ACCOUNT**

---

Debtor 1    DANA LOUISE NISLEY

Case number (if known)    20-16098

---

**4.6 4**

**M2 LEASE FUNDS**
Nonpriority Creditor's Name
**175 N. PATRICK BOULEVARD, #140**
**Brookfield, WI 53045**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          $68,712.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **1104-5254/2015 MERCEDES BENZ SPRINTER MODEL 3500 CARGO 17E SHUTTLE VAN BUSINESS DEBT/MARQUE MOTOR COACH**

---

**4.6 5**

**M2 LEASE FUNDS**
Nonpriority Creditor's Name
**175 N. PATRICK BOULEVARD, #140**
**Brookfield, WI 53045**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    2053          $77,927.76

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **BUSINESS DEBT**

---

**4.6 6**

**MARIANNE TORTOVICI**
Nonpriority Creditor's Name
**1022 OVERLOOK LANE**
**Mesquite, NV 89027-4000**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          $4,600.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **2019 FORD FUSION 9,000 miles BUYING VEHICLE THROUGH FRIEND / PAYMENTS CURRENT / KEEPING**

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

<table>
<tr><td>4.6 7</td><td colspan="3"><b>MARLIN COMMERCIAL VEHICLE GROUP</b><br>Nonpriority Creditor's Name</td></tr>
</table>

| | |
|---|---|
| **MARLIN COMMERCIAL VEHICLE GROUP**<br>Nonpriority Creditor's Name | |
| 10370 HEMET STREET, #350<br>Riverside, CA 92503<br>Number Street City State Zip Code | Last 4 digits of account number  **4259**        $450,424.00 |

**4.6.7**

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name

10370 HEMET STREET, #350
Riverside, CA 92503
Number Street City State Zip Code

Last 4 digits of account number  **4259**

When was the debt incurred?

**$450,424.00**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  5626-3561/2017 PREVOST HE-45 BUSINESS DEBT/MARQUE MOTOR COACH

---

**4.6.8**

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name

10370 HEMET STREET, #350
Riverside, CA 92503
Number Street City State Zip Code

Last 4 digits of account number  **4264**

When was the debt incurred?

**$464,910.00**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  5627-3562/2017 PREVOST H3-45 MOTOR COACH BUSINESS DEBT/MARQUE MOTOR COACH

---

**4.6.9**

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name

10370 HEMET STREET, #350
Riverside, CA 92503
Number Street City State Zip Code

Last 4 digits of account number  **4268**

When was the debt incurred?

**$465,488.00**

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  5628-3568/PREVOST H3-45 MOTOR CHOACH BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.7 0 | MARLIN COMMERCIAL VEHICLE GROUP | | |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name
**10370 HEMET STREET, #350**
**Riverside, CA 92503**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number    4498                    $513,347.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
☑ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                    **5834-3924/2018 PREVOST H3-45**
                                    **MOTORCOACH**
☐ Yes                ☑ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH**

| 4.7 1 | MARLIN COMMERCIAL VEHICLE GROUP | | |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name
**10370 HEMET STREET, #350**
**Riverside, CA 92503**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number    4694                    $378,278.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
☑ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                    **8142-2522/2012 VAN TOOL TD45 DOUBLE**
                                    **DECKER MOTOR COACH**
☐ Yes                ☑ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH**

| 4.7 2 | MARLIN COMMERCIAL VEHICLE GROUP | | |
|---|---|---|---|

**MARLIN COMMERCIAL VEHICLE GROUP**
Nonpriority Creditor's Name
**10370 HEMET STREET, #350**
**Riverside, CA 92503**
Number Street City State Zip Code
Who incurred the debt? Check one.

Last 4 digits of account number                        $378,278.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                     ☐ Contingent
☐ Debtor 2 only                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only        ☑ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community    ☐ Student loans
debt                                ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?     report as priority claims
☑ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                    **8141-2519/2012 VAN HOOL TD45 DOUBLE**
                                    **DECKER MOTOR COACH**
☐ Yes                ☑ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH**

Debtor 1    DANA LOUISE NISLEY _____    Case number (if known)    20-16098

---

| 4.7 3 | **MARQUE MOTOR COACH, LLC** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
c/o H. STAN JOHNSON, ESQ.
COHEN JOHNSON PARKER
EDWARD
375 E. WARM SPRINGS ROAD, #140
Las Vegas, NV 89119

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT

---

| 4.7 4 | **MASSACHUSETTS DEPT OF REVENUE** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name
BANKRUPTCY UNIT
P.O. BOX #9564
100 CAMBRIDGE STREET, 7TH
FLOOR
Boston, MA 02114-9564

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1  __DANA LOUISE NISLEY__                                    Case number (if known)  __20-16098__

---

| 4.75 | MERCEDES BENZ FINANCIAL | Last 4 digits of account number  __9001__ | $0.00 |

**MERCEDES BENZ FINANCIAL**
Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #685
Roanoke, TX 76262
Number Street City State Zip Code

**When was the debt incurred?**  Opened 02/16  Last Active 11/18

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  AUTO LOAN

---

| 4.76 | MERCEDES BENZ FINANCIAL CORP | Last 4 digits of account number | $71,390.00 |

**MERCEDES BENZ FINANCIAL CORP**
Nonpriority Creditor's Name
P.O. BOX #685
Roanoke, TX 76262-0685
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  1406-5604/2016/MERCEDES BENZ BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.77 | MERCEDES BENZ FINANCIAL CORP | Last 4 digits of account number  __1001__ | $36,673.00 |

**MERCEDES BENZ FINANCIAL CORP**
Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #685
Roanoke, TX 76262-0685
Number Street City State Zip Code

**When was the debt incurred?**  Opened 11/18  Last Active 10/20

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  VOLUNTALY TURNED VEHICLE IN WHEN LEASE WAS UP

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.7 8 | MERCEDES BENZ FINANCIAL CORP | Last 4 digits of account number | 3001 | $0.00 |

Nonpriority Creditor's Name

P.O. BOX #685
Roanoke, TX 76262-0685

**When was the debt incurred?**    Opened 09/13  Last Active 03/16

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    AUTO LOAN

---

| 4.7 9 | MERCEDES BENZ FINANCIAL CORP | Last 4 digits of account number | 0872 | $0.00 |

Nonpriority Creditor's Name

P.O. BOX #685
Roanoke, TX 76262-0685

**When was the debt incurred?**    Opened 01/11  Last Active 09/13

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    AUTO LEASE

---

| 4.8 0 | MERCURY TOURS | Last 4 digits of account number | | $83,560.00 |

Nonpriority Creditor's Name

180 S. LINDEN AVENUE
South San Francisco, CA 94080

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    5709-7152/2006 VAN HOOL C2045 BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

| 4.8 1 | **MERCURY TOURS** | Last 4 digits of account number _____ | $6,000.00 |

Nonpriority Creditor's Name
**180 S. LINDEN AVENUE**
**South San Francisco, CA 94080**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   10257-0518/1995 MCI DL3
  **BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.8 2 | **MOUNTAIN WEST TRAVEL** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**2785 E. RUSSELL ROAD, #C**
**Las Vegas, NV 89120**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.8 3 | **NORDSTROM FSB** | Last 4 digits of account number   8558 | $0.00 |

Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #6555**
**Englewood, CO 80155**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   Opened 01/11  Last Active 1/05/18

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   CREDIT CARD

---

Debtor 1  **DANA LOUISE NISLEY**                                  Case number (if known)   **20-16098**

---

**4.8 4**

**PAUL GARCELL**
Nonpriority Creditor's Name
**9200 GOLDEN EAGLE DRIVE**
**Las Vegas, NV 89134**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____                    **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **BUSINESS DEBT/MARQUE MOTOR COACH**

---

**4.8 5**

**PEOPLE'S CAPITAL AND LEASING CORP**
Nonpriority Creditor's Name
**850 MAIN STREET**
**BC03 / RC871**
**Bridgeport, CT 06604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3596**                      **$210,050.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **5608-8278/2014 VAN HOOL**
**BUSINESS DEBT/MARQUE MOTOR COACH**

---

**4.8 6**

**PEOPLE'S CAPITAL AND LEASING CORP**
Nonpriority Creditor's Name
**850 MAIN STREET**
**BC3 / RC871**
**Bridgeport, CT 06604**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3596**                      **$210,050.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **5606-8276/2014 VAN HOOL**
**BUSINESS DEBT/MARQUE MOTOR COACH**

---

Debtor 1  DANA LOUISE NISLEY

Case number (if known)  20-16098

| 4.8 7 | PHH M ORTGAGE / OCWEN LOAN SERVICING | Last 4 digits of account number | 0352 | $0.00 |

**PHH M ORTGAGE / OCWEN LOAN SERVICING**
Nonpriority Creditor's Name
ATTN:  BK
1661 WORTHINGTON ROAD, #100
West Palm Beach, FL 33409
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    0352

When was the debt incurred?    Opened  3/09/06 Last Active 12/15/15

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT LINE

$0.00

---

| 4.8 8 | PNC EQUIPMENT FINANCE | Last 4 digits of account number | | Unknown |

**PNC EQUIPMENT FINANCE**
Nonpriority Creditor's Name
655 BUSINESS CENTER DRIVE
Horsham, PA 19044
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    BUSINESS DEBT/MARQUE MOTOR COACH

Unknown

---

| 4.8 9 | RC WILLEY HOME FURNISHINGS | Last 4 digits of account number | 1769 | $0.00 |

**RC WILLEY HOME FURNISHINGS**
Nonpriority Creditor's Name
ATTN:  BK DEPT.
P.O. BOX #410429
Salt Lake City, UT 84141
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    1769

When was the debt incurred?    Opened 12/11  Last Active 1/09/18

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

$0.00

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)   20-16098

| | | |
|---|---|---|
| 4.9 0 | **REAL TIME RESOLUTIONS / HOMEWARD** | |

Nonpriority Creditor's Name

ATTN: BANKRUPTCY
P.O. BOX #36655
Dallas, TX 75235

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   9513                          $0.00

When was the debt incurred?   Opened 01/06  Last Active 02/13

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   MORTGAGE

---

| | | |
|---|---|---|
| 4.9 1 | **RIVER CITY PETROLEUM, INC.** | |

Nonpriority Creditor's Name

c/o EDDIE ADAMS, ESQ.
3775 N. FREEWAY, #101
Sacramento, CA 95834

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number                                $160,000.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   FUEL EXPENSES
BUSINESS DEBT/MARQUE MOTOR COACH

---

| | | |
|---|---|---|
| 4.9 2 | **SIGNATURE FINANCIAL LLC** | |

Nonpriority Creditor's Name

c/o RYAN J. WORKS, ESQ.
McDONALD CARANO LLP
2300 W. SAHARA AVENUE, #1200
Las Vegas, NV 89102

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   4145                          $76,408.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   1105-6249/2015 MERCEDES BENZ 3500 SPRINTER VAN W ADF EXECUTIVE CONV
BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.9 3 | SIGNATURE FINANCIAL LLC | Last 4 digits of account number | 4097 | | | $355,292.00 |
|---|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o RYAN J. WORKS, ESQ.
McDONALD CARANO LLP
2300 W. SAHARA AVENUE, #1200
Las Vegas, NV 89102

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **4417-6100/2016 VOLVO 9700 MOTOR COACH
BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.9 4 | SIGNATURE FINANCIAL LLC | Last 4 digits of account number | | | | $355,292.00 |
|---|---|---|---|---|---|---|

**Nonpriority Creditor's Name**
c/o RYAN J. WORKS, ESQ.
McDONALD CARANO LLP
2300 W. SAHARA AVENUE, #1200
Las Vegas, NV 89102

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **5418-6101/2016 VOLVO 9700 MOTOR COACH**

Debtor 1  DANA LOUISE NISLEY                                           Case number (if known)    20-16098

| 4.9 5 | SILVER STATE SCHOOLS CREDIT UNION | Last 4 digits of account number | 0001 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #12037
Las Vegas, NV 89112

**When was the debt incurred?** Opened 09/06  Last Active 02/11

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  AUTO LOAN

- ■ No
- ☐ Yes

---

| 4.9 6 | SPECIALIZED LOAN SERVICING | Last 4 digits of account number | 7367 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #636005
Littleton, CO 80163

**When was the debt incurred?** Opened 03/06  Last Active 4/15/17

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  MORTGAGE

- ■ No
- ☐ Yes

---

| 4.9 7 | STERLING NATIONAL BANK | Last 4 digits of account number | 4144 | $340,096.00 |

Nonpriority Creditor's Name
400 7TH AVENUE, 3RD FLOOR
New York, NY 10018

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No

- ☐ Yes

5625-8411/2016 VOLVO 9700 MOTOR COACH
- ■ Other. Specify  BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

**4.98**

**STERLING NATIONAL BANK**
Nonpriority Creditor's Name
**400 7TH AVENUE, 3RD FLOOR**
**New York, NY 10018**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number    4497                                    $611,613.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    5833-3923/2018 PREVOST H3-45 MOTOR COACH
BUSINESS DEBT/MARQUE MOTOR COACH

---

**4.99**

**SYNCB / ETHAN ALLEN**
Nonpriority Creditor's Name
**ATTN: BK**
**P.O. BOX #965060**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6536                                    $0.00

When was the debt incurred?    Opened 1/22/17 Last Active 2/12/19

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CHARGE ACCOUNT

---

**4.100**

**SYNCHRONY / CARE CREDIT**
Nonpriority Creditor's Name
**P.O. BOX #965064**
**Orlando, FL 32896**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    1759                                    $0.00

When was the debt incurred?    Opened 08/09 Last Active 09/14

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    CHARGE ACCOUNT

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.1 01 | **SYNCHRONY / CHEVRON** | Last 4 digits of account number | 5664 | $1,653.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #965060
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?    Opened 03/04  Last Active 10/20

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CHARGE ACCOUNT

---

| 4.1 02 | **SYNCHRONY / LOWES** | Last 4 digits of account number | 3448 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

P.O. BOX #965060
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?    Opened 11/09  Last Active 4/10/18

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CHARGE ACCOUNT

---

| 4.1 03 | **SYNCHRONY / SAMS** | Last 4 digits of account number | 1376 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #965060
Orlando, FL 32896

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

When was the debt incurred?    Opened 06/03  Last Active 11/15

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CHARGE ACCOUNT

---

Debtor 1   DANA LOUISE NISLEY                                    Case number (if known)   20-16098

| 4.1 04 | **SYNCHRONY BANK / AMAZON** | Last 4 digits of account number | 8950 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #965060
Orlando, FL 32896

When was the debt incurred?   **Opened 01/13  Last Active 11/06/20**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CHARGE ACCOUNT**

---

| 4.1 05 | **SYNCHRONY BANK / JCPENNEYS** | Last 4 digits of account number | 5281 | $0.00 |

Nonpriority Creditor's Name
ATTN: BK
P.O. BOX #965064
Orlando, FL 32896

When was the debt incurred?   **Opened 12/06/00  Last Active 6/01/12**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CHARGE ACCOUNT**

---

| 4.1 06 | **SYNCHRONY BANK / JWAC** | Last 4 digits of account number | 6036 | $0.00 |

Nonpriority Creditor's Name

P.O. BOX #965060
Orlando, FL 32896

When was the debt incurred?   **Opened 08/07  Last Active 04/08**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **CHARGE ACCOUNT**

---

Debtor 1  DANA LOUISE NISLEY                                      Case number (if known)    20-16098

---

**4.1 07**

**SYNCHRONY BANK / OLD NAVY**
Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #6965060
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    7102                              $0.00

When was the debt incurred?    Opened 04/07  Last Active 08/10

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

---

**4.1 08**

**SYNCHRONY BANK / QVC**
Nonpriority Creditor's Name
ATTN:  BK
P.O. BOX #965060
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6876                              $75.00

When was the debt incurred?    Opened 03/08  Last Active 10/22/20

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

---

**4.1 09**

**SYNCHRONY BANK / SAMS**
Nonpriority Creditor's Name
ATTN:  BK DEPT.
P.O. BOX #965060
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    9156                              $0.00

When was the debt incurred?    Opened  6/20/03  Last Active 10/21/12

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

| 4.1 10 | | | |
|---|---|---|---|

**SYNCHRONY BANK / SAMS**
Nonpriority Creditor's Name
**ATTN:  BK DEPT.**
**P.O. BOX #965060**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    0380                                    $0.00

When was the debt incurred?    Opened  6/20/03  Last Active 7/30/12

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

---

| 4.1 11 | | | |
|---|---|---|---|

**SYNCHRONY BANK / SAMS**
Nonpriority Creditor's Name
**ATTN:  BK DEPT.**
**P.O. BOX #965060**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    6536                                    $0.00

When was the debt incurred?    Opened  6/20/03  Last Active 10/17/14

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CHARGE ACCOUNT

---

| 4.1 12 | | | |
|---|---|---|---|

**SYNCHRONY BANK / SAMS CLUB**
Nonpriority Creditor's Name
**ATTN:  BK DEPT.**
**P.O. BOX #965060**
**Orlando, FL 32896**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    4889                                    $0.00

When was the debt incurred?    Opened 10/15  Last Active 2/12/20

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    CREDIT CARD

---

Debtor 1  DANA LOUISE NISLEY                                    Case number (if known)  20-16098

---

**4.1 13**  SYNCHRONY BANK / SELECT COMFORT

Nonpriority Creditor's Name

ATTN: BK
P.O. BOX #965060
Orlando, FL 32896
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  4442                    $0.00

When was the debt incurred?  Opened 2/10/15 Last Active 12/17/15

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  CHARGE ACCOUNT

---

**4.1 14**  TARGET / TD BANK

Nonpriority Creditor's Name

c/o FINANCIAL & RETAIL SERVICES
MAILSTOP BT
P.O. BOX #9475
Minneapolis, MN 55440
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  7339                    $0.00

When was the debt incurred?  Opened 03/15 Last Active 7/12/19

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  CREDIT CARD

---

**4.1 15**  TCF EQUIPMENT FINANCE

Nonpriority Creditor's Name

1111 W. SAN MARNAN DRIVE, #A2 WEST
Waterloo, IA 50701-8926
Number Street City State Zip Code

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number  8100              $210,050.00

When was the debt incurred?

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  5607-8277/2014 VAN HOOL CX45 BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

**4.1 16**

**TCF EQUIPMENT FINANCE**
Nonpriority Creditor's Name
**1111 W. SAN MARNAN DRIVE, #A2 WEST**
**Waterloo, IA 50701-8926**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    8300                    $268,391.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    5615-5958/2016 VOLVO 9700 MOTOR COACH
  **BUSINESS DEBT/MARQUE MOTOR COACH**

---

**4.1 17**

**TIAA COMMERCIAL FINANCE**
Nonpriority Creditor's Name
**10 WATERVIEW BOULEVARD**
**Parsippany, NJ 07054**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    _____            Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **BUSINESS DEBT/MARQUE MOTOR COACH**

---

**4.1 18**

**US BANK / RMS CC**
Nonpriority Creditor's Name
**ATTN:  BK**
**P.O. BOX #5229**
**Cincinnati, OH 45201**
Number Street City State Zip Code
Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt
Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    8078                    $18,093.00

When was the debt incurred?    Opened 05/18  Last Active 10/20

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    CREDIT CARD

---

Debtor 1  DANA LOUISE NISLEY

Case number (if known)  20-16098

| 4.1 19 | US SMALL BUSINESS ADMINISTRATION | | Last 4 digits of account number | 4000 | $130,899.54 |

Nonpriority Creditor's Name
**1545 HAWKINS BOULEVARD, #202**
**El Paso, TX 79925-2652**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **THREE BEARS AND A BUNNY / BUSINESS DEBT**

---

| 4.1 20 | VFS LEASING | | Last 4 digits of account number | 0207 | $294,356.00 |

Nonpriority Creditor's Name
**7025 ALBERT PICK ROAD, #105**
**P.O. BOX #26131**
**Greensboro, NC 27409**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **5410-1699/2015 VOLVO 9700**
  **BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.1 21 | VFS LEASING | | Last 4 digits of account number | 0207 | $273,331.00 |

Nonpriority Creditor's Name
**7025 ALBERT PICK ROAD, #105**
**P.O. BOX #26131**
**Greensboro, NC 27409**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **5611-1426/2015 VOLVO 9700**
  **BUSINESS DEBT/MARQUE MOTOR COACH**

---

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

---

| 4.1 22 | | | |
|---|---|---|---|

**VFS LEASING**
Nonpriority Creditor's Name
7025 ALBERT PICK ROAD, #105
P.O. BOX #26131
Greensboro, NC 27409
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0207                     $273,331.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    5612-1431/2015 VOLVO 9799 BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.1 23 | | | |
|---|---|---|---|

**VOLVO FINANCIAL SERVICES**
Nonpriority Creditor's Name
7025 ALBERT PICK ROAD, #105
Greensboro, NC 27409
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1400                     $297,309.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    5613-3407/2016 VOLVO 9700 MOTOR COACH BUSINESS DEBT/MARQUE MOTOR COACH

---

| 4.1 24 | | | |
|---|---|---|---|

**VOLVO FINANCIAL SERVICES**
Nonpriority Creditor's Name
7025 ALBERT PICK ROAD, #105
Greensboro, NC 27409
Number Street City State Zip Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    7006                     $311,298.00

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    5620-7311/2016 VOLVO 9700 HIGHWAY COACH BUSINESS DEBT/MARQUE MOTOR COACH

---

Debtor 1   DANA LOUISE NISLEY                                    Case number (if known)   20-16098

| 4.1 25 | **VOLVO FINANCIAL SERVICES** | Last 4 digits of account number | 7006 | $311,298.00 |

Nonpriority Creditor's Name
**7025 ALBERT PICK ROAD, #105**
**Greensboro, NC 27409**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify   **5621-8407/2016 VOLVO HIGHWAY MOTOR COACH BUSINESS DEBT/MARQUE MOTOR COACH**

| 4.1 26 | **VOLVO FINANCIAL SERVICES** | Last 4 digits of account number | 7006 | $311,298.00 |

Nonpriority Creditor's Name
**7025 ALBERT PICK ROAD, #105**
**Greensboro, NC 27409**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify   **5622-7314/2016 VOLVO 9700 MOTORCOACH BUSINESS DEBT/MARQUE MOTORCOACH**

| 4.1 27 | **VOLVO FINANCIAL SERVICES** | Last 4 digits of account number | 1400 | $296,742.00 |

Nonpriority Creditor's Name
**7025 ALBERT PICK ROAD, #105**
**Greensboro, NC 27409**
Number Street City State Zip Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify   **5616-5959/2016 VOLVO 9700 MOTOR COACH BUSINESS DEBT/MARQUE MOTOR COACH**

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.1 28 | WELLS FARGO / AMERICA SERVICING | Last 4 digits of account number | 4394 | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
ATTN: BK
1 HOME CAMPUS
MAC X2303-01a
Des Moines, IA 50328

When was the debt incurred?    Opened 3/09/06 Last Active 5/15/16

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    MORTRGAGE

---

| 4.1 29 | WELLS FARGO EQUIPMENT FINANCE, INC. | Last 4 digits of account number | 4123 | $357,875.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
c/o MICHAEL B. WIXOM
SMITH LARSEN & WIXOM
1935 VILLAGE CENTER CIRCLE
Las Vegas, NV 89134

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    5619-8410/2016 VOLVO 9700 MOTOR COACH
  BUSINESS DEBT/MARQUE MOTOR COACH

Debtor 1   DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| 4.1 30 | WELLS FARGO EQUIPMENT FINANCE, INC. | Last 4 digits of account number _____ | $45,068.00 |

**WELLS FARGO EQUIPMENT FINANCE, INC.**
Nonpriority Creditor's Name
c/o MICHAEL B. WIXOM
SMITH LARSEN & WIXOM
1935 VILLAGE CENTER CIRCLE
Las Vegas, NV 89134
Number Street City State Zip Code

Last 4 digits of account number _____    $45,068.00

When was the debt incurred? _____

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **1302-6472/2015 SPRINTER SHUTTLE BUSINESS DEBT/MARQUE MOTOR COACH**

---

| 4.1 31 | WELLS FARGO FINANCIAL | Last 4 digits of account number 4472 | $0.00 |

**WELLS FARGO FINANCIAL**
Nonpriority Creditor's Name
CSCL DISPUTE TEAM
Des Moines, IA 50306
Number Street City State Zip Code

Last 4 digits of account number   4472    $0.00

When was the debt incurred?   Opened  1/30/13  Last Active  1/06/14

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   CHARGE ACCOUNT

---

Debtor 1    DANA LOUISE NISLEY                                                     Case number (if known)    20-16098

| 4.1 32 | WESTERN EQUIPMENT FINANCE, INC | Last 4 digits of account number | 7478 | | Unknown |

Nonpriority Creditor's Name
c/o MARTIN L. WELSH
HAYES & WELSH
199 N. ARROYO GRANDE
BOULEVARD, #200
Henderson, NV 89074

When was the debt incurred?    _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    8143-2525/2012 VAN HOOL TD45 DOUBL DECKER MOTOR COACH BUSINESS DEBT/MARQUE MOTOR COACH

---

**List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt that you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
JACOB D. BUNDICK, ESQ.
GREENBERG TRAURIG, LLP
10845 GRIFFITH PEAK DRIVE, #600
Las Vegas, NV 89135

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.117** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
RUSSELL S. LONG
DAVIS & KUELTHAU
111 E. KI9LBOURN AVENUE, #1400
Milwaukee, WI 53202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.65** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ | 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 12,842,714.70 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    DANA LOUISE NISLEY    _____    Case number (if known)    20-16098    _____

| | | |
|---|---|---|
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j.    $    12,842,714.70 |

**Fill in this information to identify your case:**

Debtor 1　DANA LOUISE NISLEY
　　　　　First Name　　　　Middle Name　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the:　DISTRICT OF NEVADA

Case number　20-16098
(if known)

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy　　4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:　Give Details About Your Marital Status and Where You Lived Before**

1.　**What is your current marital status?**

□ Married
■ Not married

2.　**During the last 3 years, have you lived anywhere other than where you live now?**

■ No
□ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
| --- | --- | --- | --- |

3.　**Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
□ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2　Explain the Sources of Your Income**

4.　**Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

□ No
■ Yes. Fill in the details.

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| For last calendar year: (January 1 to December 31, 2019 ) | ■ Wages, commissions, bonuses, tips | $145,384.00 | □ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | □ Operating a business | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor 1    DANA LOUISE NISLEY                                    Case number (if known)    20-16098

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>■ Operating a business | $131,500.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |
| For the calendar year:<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions,<br>bonuses, tips<br><br>■ Operating a business | $132,000.00 | ☐ Wages, commissions,<br>bonuses, tips<br><br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| From January 1 of current year until<br>the date you filed for bankruptcy: | RENTAL PROPERTY<br>(COLLECTED BY LLC<br>USED TO PAY<br>MORTGAGE | $4,400.00 | | |
| | UNEMPLOYMENT | $20,636.00 | | |
| | SOCIAL SECURITY | $24,827.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2019 ) | RENTAL PROPERTY<br>(COLLECTED BY LLC<br>USED TO PAY<br>MORTGAGE | $26,400.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2018 ) | RENTAL PROPERTY<br>(COLLECTED BY LLC<br>USED TO PAY<br>MORTGAGE | $15,000.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■  No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐  No.  Go to line 7.
    ■  Yes  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1    DANA LOUISE NISLEY                                      Case number (if known)    20-16098

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.

    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **CHASE CARD SERVICES**<br>ATTN: BK<br>P.O. BOX #15298<br>Wilmington, DE 19850 | **NO MONEY PAID BY DEBTOR / SIGHTSEEING TOURS MADE PAYMENTS** | Unknown | $20,168.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **SYNCHRONY BANK / QVC**<br>ATTN: BK DEPARTMENT<br>P.O. BOX #965050<br>Orlando, FL 32896 | **VARIOUS DATES** | $301.87 | $75.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **GS BANK / APPLE CARD**<br>ATTN: BK<br>LOCK BOX #6112<br>P.O. BOX #7247<br>Philadelphia, PA 19170 | **VARIOUS DATES** | $502.02 | $59.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **MARIANNE TORTOVICI**<br>1022 OVERLOOK LANE<br>Mesquite, NV 89027-4000 | **VARIOUS DATES** | $624.00 | $4,600.00 | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **BANK OF AMERICA**<br>4909 SAVARESE CIRCLE<br>Tampa, FL 33634 | **VARIOUS DATES** | $1,096.53 | $255.00 | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    DANA LOUISE NISLEY         Case number *(if known)*  20-16098

---

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☒ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☒ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| WELLS FARGO EQUIPMENT FINANCE<br>vs<br>NISLEY<br>A-18-784457-C | COMMERCIAL INSTRUMENT | EIGHTH JUDICIAL DISTRICT COURT<br>200 LEWIS AVENUE<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| WESTERN EQUIPMENT FINANCE<br>vs<br>NISLEY<br>A-18-784995-C | CONTRACT | EIGHTH JUDICIAL DISTRICT COURT<br>200 LEWIS AVENUE<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| SIGNATURE FINANCIAL<br>vs<br>NISLEY<br>A-18-785296-C | CONTRACT | EIGHTH JUDICIAL DISTRICT COURT<br>200 LEWIS AVENUE<br>Las Vegas, NV 89155 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| MARQUE MOTOR COACH, LLC BK<br>18-16355-BTB | CHAPTER 11 BANKRUTPCY | BANKRUPTCY COURT DISTRICT OF NEVADA<br>300 LAS VEGAS BOULEVARD SOUTH<br>Las Vegas, NV 89101 | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>DISMISSED |
| PEOPLE'S CAPITAL AND LEASING CORP<br>vs<br>NICLEY<br>19CV-01337-SRU | | US DISTRICT COURT FOR THE<br>DISTRICT OF CONNECTICUT | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| RIVER CITY PETROLEUM<br>vs<br>NISLEY<br>34-2018-00244796-CU-BC-GDS | CONTRACT | SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO<br>720 9TH STREET<br>Sacramento, CA 95814 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| M2 LEASE FUNDS, LLC<br>vs<br>GL VEGAS, INC.<br>2020CV000835 | BREACH OF CONTRACT | STATE OF WISCONSIN CIRCUIT COURT WAUKESHA COUNTY | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      

| Debtor 1 | DANA LOUISE NISLEY | Case number *(if known)* | 20-16098 |
|---|---|---|---|

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| TIAA COMMERCIAL FINANCE, INC. vs. MARQUE MOTOR COACH, LLC, et al. A-20-821698-B | | DISTRICT COURT, CLARK COUNTY, NEVADA 200 LEWIS AVENUE Las Vegas, NV 89155 | ☐ Pending ☐ On appeal ☐ Concluded |

**10.** Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |
| SIGNATURE FINANCIAL LLC c/o RYAN J. WORKS, ESQ. McDONALD CARANO LLP 2300 W. SAHARA AVENUE, #1200 Las Vegas, NV 89102 | GARNISHMENT ON WAGES ☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | | Unknown |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?
■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | DANA LOUISE NISLEY | Case number *(if known)* | 20-16098 |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

- ☑ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| DAVID MINCIN, ESQ.<br>MINCIN LAW, PLLC<br>7465 W. LAKE MEAD BOULEVARD, #100<br>Las Vegas, NV 89128 | | JULY 29, 2020 | $5,000.00 |
| ACCESS CREDIT COUNSELING ONLINE | | DECEMBER 1, 2020 | $20.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| ALEXIS HORVATH<br>8400 ABITA CIRCLE<br>Las Vegas, NV 89147<br><br>NIECE | DLN PROPERTIES / REAL PROPERTY 8400 ABITA CIRCLE / VALUE $395,000.00 | | JUNE 1, 2020 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   DANA LOUISE NISLEY                                              Case number *(if known)*   20-16098

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Person's relationship to you** | | | |
| DANIEL NISLEY 6294 MAGNIFICO CIRCLE Las Vegas, NV 89149 | 85% OF SIGHTSEEING TOURS UNLIMITED OF NEVADA, LLC | | MARCH 1, 2020 |

---

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or

| Debtor 1 | DANA LOUISE NISLEY | Case number *(if known)* | 20-16098 |
|---|---|---|---|

regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ☐ No. None of the above applies. Go to Part 12.

   ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| GL VEGAS, INC. | | EIN:    88-0428578<br><br>From-To |
| SIGHTSEEING TOURS | | EIN:<br><br>From-To |
| MARQUE MOTOR COACH, LLC | | EIN:<br><br>From-To |

Debtor 1    DANA LOUISE NISLEY                                        Case number (if known)    20-16098

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed |
| 2DN, LLC | | EIN: |
| | | From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ DANA LOUISE NISLEY                                        Signature of Debtor 2
DANA LOUISE NISLEY
Signature of Debtor 1

Date    January 7, 2021                                        Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**United States Bankruptcy Court**
**District of Nevada**

In re  DANA LOUISE NISLEY _____    Case No.  __20-16098__

_____    Chapter  __7__
Debtor(s)

**AMENDED**
**DECLARATION CONCERNING DEBTOR'S SCHEDULES**

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing SCHEDULES A/B, C, E/F &
STATEMENT OF FINANCIAL AFFAIRS, consisting of __68__ page(s), and that they are true and correct to the
best of my knowledge, information, and belief.

Date  __January 7, 2021__           Signature  __/s/ DANA LOUISE NISLEY__
                                                **DANA LOUISE NISLEY**
                                                Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.